

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

September 27, 2021

Hon. Joan Azrak
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722
BY ECF

Re: <u>United States v. Khaimov</u>
20 Crim. 267 (JYA)

Dear Judge Azrak:

    We are the attorneys for Arkadiy Khaimov, the above named defendant. Mr. Khaimov pleaded guilty on August 12, 2020. He is currently scheduled to be sentenced on November 10, 2021. I am writing to request an adjournment of the sentencing proceeding.

    As I am sure your honor is aware, Mr. Khaimov is a defendant in another matter, <u>US v. Khaimov</u> S1 20 Crim. 580 (AMD). We are in discussions with the government in an attempt to resolve that matter and would like additional time to address the issues that are presented by having to deal with two sentencing proceedings.

    We are, therefore, requesting an adjournment of the sentencing proceeding until the beginning of 2021. I am confident that we will have resolved these issues by that time and be able to proceed.

    Bradley King, the assistant assigned to this case, has no objection to this request.

Very truly yours.
/s/
ISABELLE A. KIRSHNER