

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

September 29, 2021

Hon. Joan Azrak
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722
BY ECF

Re: <u>United States v. Khaimov</u>
20 Crim. 267 (JYA)

Dear Judge Azrak:

    We are the attorneys for Arkadiy Khaimov, the above named defendant. Mr. Khaimov pleaded guilty on August 12, 2020. As your honor recalls, I wrote earlier this week, seeking an adjournment of the sentence and the Court granted my request, adjourning sentence until January 26, 2022. When I went to add the date to my calendar, I realized that I have long terms plans to travel out of the country on that date. I will be returning to New York on January 31, 2022. Given the last year, long terms plans are easily forgotten.

    In any event, I am writing to request that Mr. Khaimov's sentencing date be rescheduled for a time after February 1, 2022.

    Bradley King, the assistant assigned to this case, has no objection to this request.

Very truly yours.
/s/
ISABELLE A. KIRSHNER