

305 Madison Avenue<br>
New York, NY 10165<br>
T: 212-922-1080<br>
F: 212-949-8255<br>
<br>
Isabelle A. Kirshner<br>
Partner<br>
kirshner@clayro.com

December 2, 2021

Hon. Joan Azrack
United States Courthouse
100 Federal Plaza Central Islip,
New York 11722
BY ECF              Re: <u>United States v. Khaimov</u>
                         20 Crim. 267 (JYA)

Dear Judge Azrack:

We are the attorneys for Arkadiy Khaimov, the above named defendant. Mr. Khaimov pleaded guilty on August 12, 2020. He is currently scheduled to be sentenced by your honor February 9, 2022. I am writing to request another and final adjournment of the sentencing proceeding. As I am sure your honor is aware, Mr. Khaimov is a defendant in another matter, <u>US v. Khaimov</u> S1 20 Crim. 580 (AMD). We are in discussions with the government in an attempt to resolve that matter and would like additional time to address the issues that are presented by having to deal with two sentencing proceedings. A status conference in that case is scheduled for January 19, 2022 and I remain hopeful that an agreement can be reached that will allow for a disposition in that matter.

We are, therefore, requesting an adjournment of the sentencing proceeding until sometime in March of 2022. While I am hopeful that we will have resolved these issues by that time, we will be prepared to proceed to sentencing on this case regardless of the outcome of our discussions.

Bradley King, the assistant assigned to this case, has no objection to this request.

Thank you for your continued attention to this matter.

Very truly yours,
/s/
ISABELLE A. KIRSHNER