

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

February 10, 2022

Hon. Joan Azrack
United States Courthouse
100 Federal Plaza Central Islip,
New York 11722
BY ECF

Re: <u>United States v. Khaimov</u>
20 Crim. 267 (JMA)

Dear Judge Azrack:

We are the attorneys for Arkadiy Khaimov, the above named defendant. Mr. Khaimov pleaded guilty on August 12, 2020. After a series of requests by the defendant to adjourn his sentence, I am writing to request that sentencing in this matter be scheduled for some time in late March.

As you are aware, Mr. Khaimov is a defendant in another matter, <u>US v. Khaimov</u> S1 20 Crim. 580 (AMD). To date, discussions with the government to resolve that matter have been unproductive and Mr. Khaimov has requested that he be sentenced by your honor in March. Mr. Khaimov's request is based on his belief that the corresponding month on the Hebrew calendar, Adar Bet, is an auspicious month as it is "leap month" which occurs seven times in a nineteen year cycle. Counsel would request that sentencing take place sometime late in March to afford us an opportunity to prepare a comprehensive sentencing submission. [1]

Bradley King, the assistant assigned to this case, has no objection to this request but has indicated that he is unavailable on March 30, 2022.

Thank you for your continued attention to this matter.

Very truly yours,
/s/
ISABELLE A. KIRSHNER

---

[1] See https://www.chabad.org/library/article_cdo/aid/70016/jewish/The-Jewish-Leap-Year.htm