# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Roanne L. Mann                              DATE:   4/15/22

DOCKET NUMBER:   20CR580(AMD) & 20CR267(JMA)      Log #: 11:25 – 11:46

DEFENDANT'S NAME:   Arkadiy Khaimov
   ✓ Present      ___ Not Present      X Custody      ___ Bail

DEFENSE COUNSEL:   Isabelle Kirshner
   ___ Federal Defender      ___ CJA      ✓ Retained

A.U.S.A:   Andrew Estes                              CLERK:   Felix Chin

INTERPRETER:   _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.

   ✓ Bond set at $3 million. Defendant ✓ released ___ held pending satisfaction of bond conditions.

   ✓ Defendant advised of bond conditions set by the Court and signed the bond.

   3 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ___ (Additional) surety/ies to co-sign bond by _____

   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____